UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHER DIVISION

HON. PATRICK J.DUGGAN
CIVIL NO.11-10455

ROBERT M. CADIEUX,

        Plaintiff(s),

-V-

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

        Defendant(s).
_____/

ORDER OF DISMISSAL
At a session of said Court held in the
United States Courthouse,in the City of
Detroit, State of Michigan, on <u>June 1, 2011.</u>

PRESENT: THE HONORABLE PATRICK J.DUGGAN
UNITED STATES DISTRICT JUDGE

The Court having received a Stipulation for Dismissal but no order having been presented;

IT IS HEREBY ORDERED that the above-entitled case be, and hereby is DISMISSED with prejudice pursuant to the stipulation of the parties filed June 1, 2011.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: June 1, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 1, 2011, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager